## CAMPBELL *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 50, September Term, 1965.]

*Decided November 12, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, OPPENHEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

Application denied for the reasons stated in the lower court opinion of Judge Irvine H. Rutledge.

*Application denied.*